ENTENMANN'S, INC., Petitioner,

v.

Kenneth W. LATHROP, Respondent.

No. 89SC154.

Supreme Court of Colorado,
En Banc.

May 30, 1989.

Petition for Writ of Certiorari GRANTED.

The PEOPLE of the State of
Colorado, Petitioner,

v.

ARAPAHOE COUNTY COURT, and
Judge Marguerite T. Langstaff, one of
the Judges thereof, and Jack Ruppert,
Respondents.

No. 89SC172.

Supreme Court of Colorado,
En Banc.

June 19, 1989.

Petition for Writ of Certiorari DENIED.

BOARD OF COUNTY COMMISSION-
ERS OF DOUGLAS COUNTY,
Colorado, Petitioner,

v.

Harry W. OBORNE and Anthony J.
Allegretti, Respondents.

No. 89SC67.

Supreme Court of Colorado,
En Banc.

June 19, 1989.

Petition for Writ of Certiorari DENIED.

ROVIRA and MULLARKEY, JJ., would
grant as to the following issues: Did the
court of appeals err in holding that the Oil
and Gas Conservation Act preempts county
zoning of oil and gas wells? Did the court
of appeals err in affirming the district
court's ruling that the respondent-plaintiffs
sustained a compensable taking because
the drilling of oil wells is subject to county
zoning regulations?

The PEOPLE of the State of Colorado,
in the Interest of M.C., Minor
Child, Petitioner,

and Concerning

V.C., Respondent.

No. 87SC379.

Supreme Court of Colorado,
En Banc.

June 26, 1989.

Petition for Rehearing Denied.

MULLARKEY, J., would grant.